D'ANGELO & HASHEM, LLC
Saba B. Hashem
Jay M. Wolman
60 State Street, Suite 700
Boston, MA 02109
Telephone: 617/624-9777
617/624-0999 (fax)

[additional counsel on signature page]

Attorneys for Plaintiff Lolita Wiley

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOLITA WILEY, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>GERBER PRODUCTS COMPANY,<br><br>   Defendant. | No. 3:09-cv-02379-LAB(BLM)<br><br>NOTICE OF DISMISSAL |

**TO THE COURT, ALL PARTIES AND ATTORNEYS ON RECORD:**

**NOTICE IS HERBY GIVEN** that plaintiff Lolita Wiley voluntarily dismisses with prejudice the above-captioned action in its entirety, and does so pursuant to Fed. R. Civ. P. 41(a)(1), no responsive pleading or motion for summary judgment having been filed in the matter.

1  DATED: January 26, 2010                    RESPECTFULLY SUBMITTED,

2

3

4

5                                             _____/s/Jay M. Wolman_____

6
                                              D'ANGELO & HASHEM, LLC
7                                             Saba B. Hashem
                                              Saba.Hashem@LawyerAdvocates.com
8                                             Jay M. Wolman
                                              Jay.Wolman@LawyerAdvocates.com
9                                             60 State Street, Suite 700
                                              Boston, MA 02109
10                                            Telephone: 617/624-9777
                                              617/624-0999 (fax)
11
                                              Patrick J. Sheehan (BBO # 639320)
12                                            WHATLEY DRAKE & KALLAS, LLC
                                              60 State Street, 7th Floor
13                                            Boston, MA 02109
                                              Tel.: (617) 573-5118
14                                            psheehan@wdklaw.com

15                                            Joe R. Whatley, Jr.
                                              Edith M. Kallas
16                                            Shujah Awan
                                              WHATLEY DRAKE & KALLAS, LLC
17                                            1540 Broadway, 37th Floor
                                              New York, NY 10036
18                                            Tel: (212) 447-7070
                                              jwhatley@wdklaw.com
19                                            ekallas@wdklaw.com
                                              sawan@wdklaw.com
20

21                                            Attorneys for Plaintiff Lolita Wiley

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

I, Jay M. Wolman, counsel for Plaintiff Lolita Wiley, hereby certify that a true copy of the foregoing document was served upon all parties via the Court's Electronic Case Filing system, except for those parties who are not users of said system as set forth in the Notice of Electronic Filing, who were served via first-class mail, postage pre-paid, this 26th day of January 2010.

      /s/Jay M. Wolman

D'ANGELO & HASHEM, LLC

Jay M. Wolman
Jay.Wolman@LawyerAdvocates.com
60 State Street, Suite 700
Boston, MA 02109
Telephone: 617/624-9777
617/624-0999 (fax)